UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | | |
|---|---|---|
| **STEVE BIGGERS,** § | | |
| *Plaintiff,* § | | |
| § | **4:23-cv-00359-P** | |
| **v.** § | | |
| § | | |
| **RON MASSINGILL,** § | **JURY DEMANDED** | |
| *Defendant.* § | | |

**PLAINTIFF STEVE BIGGERS'S NOTICE**
**REGARDING WITHDRAWAL OF INJUNCTIVE RELIEF CLAIM**

Plaintiff Steve Biggers hereby withdraws his *Application for Injunctive Relief* (filed as part of his *Amended Complaint*, Doc. No. 13) and gives notice of the same.

Injunctive relief is no longer necessary, as Defendant Massingill has voluntarily ceased to engage in the behaviors that Plaintiff sought to enjoin. In the interest of judicial efficiency, therefore, Plaintiff respectfully requests that this Court deny his application for injunctive relief as moot so that the parties may proceed with litigation of the matters still at issue in the instant case.

Respectfully submitted this August 1, 2023,

/s/ *Warren V. Norred*
Warren V. Norred, TBN 24045094, warren@norredlaw.com
**Norred Law, PLLC;** 515 East Border Street; Arlington, TX 76010;
(817) 704-3984 (Telephone); (817) 524-6686 (Fax)
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2023, I electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to David Iglesias and James A. Evans III, counsel for the defendant, through their email, david@iglesiaslawfirm.com and jim@iglesiaslawfirm.com, respectively.

*/s/Warren V. Norred*
Warren V. Norred