UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEVE BIGGERS,**

   Plaintiff,

v.                                       No. 4:23-cv-00359-P

**RON MASSINGILL,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Status Report. ECF No. 45. Having considered the Report, the Court accepts the Parties' proposed briefing schedule on Defendant's Motion to Dismiss with the exception of the proposed timing for the Defendant's reply brief. ECF No. 8.

Therefore, the Court **ORDERS** the following schedule:

- Defendant file supplemental briefing regarding his Motion to Dismiss **on or before April 2, 2025**;
- Plaintiff file responsive briefing **14 days** from the date of Defendant's supplemental briefing;
- Defendant file any reply brief **7 days** from the date of Plaintiff's responsive briefing.

**SO ORDERED** on this **12th day of March 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE