IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **STEVE BIGGERS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-0359-P |
| | § | |
| **RON MASSINGILL** | § | |
| | § | |
| *Defendant.* | § | |

### **DEFENDANT RON MASSINGILL'S NOTICE OF COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ron Massingill, Defendant in the above-referenced and -numbered case, and files this his Notice of Compliance and would respectfully show unto the Court as follows:

In its Order [#41], the Court instructed the parties to "make the disclosures described in Federal Rule of Civil Procedure 26(a)(1).…" (Order [#41], p. 4.) Defendant provided opposing counsel with his initial disclosures and filed his Notice of Initial Disclosures [#30] with this Court on August 10, 2023.

        Respectfully submitted,

        */s/ David Iglesias*
        **David Iglesias**
        Lead Counsel
        State Bar No. 24051733
        david@iglesiaslawfirm.com

        **IGLESIAS, PLLC**
        501 Shelley Drive, Suite 125
        Tyler, Texas 75701
        Telephone: (903) 944-7185
        Facsimile: (903) 630-5338

        *Dallas Office:*
        1412 Main Street, Suite 608

Dallas, Texas 75202

**COUNSEL FOR DEFENDANT
RON MASSINGILL**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a copy of the foregoing was transmitted to all counsel of record in the foregoing case via electronic mail and the Court's electronic filing system.

*David Iglesias*
David Iglesias