IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **STEVE BIGGERS,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-0359-P |
| **RON MASSINGILL,** | § § § | |
| *Defendant*. | § § § | |

### DEFENDANT HON. RON MASSINGILL'S MOTION TO DISMISS PURSUANT TO THE COURT'S SCHEDULING ORDER [#46]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Hon. Ron Massingill, Defendant in the above-styled and -numbered cause, and files this his Motion to Dismiss Pursuant to the Court's Scheduling Order [#46]. For the reasons stated in the Brief filed simultaneously herewith, Defendant respectfully requests that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

*David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

COUNSEL FOR DEFENDANT
HON. RON MASSINGILL

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, a copy of the foregoing was transmitted to all counsel of record in the foregoing case via electronic mail and the Court's electronic filing system.

_David Iglesias_
David Iglesias