IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVE BIGGERS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-0359-P |
| RON MASSINGILL, | § § | |
| *Defendant*. | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ron Massingill, Defendant in the above-styled and -referenced cause, and hereby designates Arron P. Swink, of Iglesias, PLLC, 501 Shelley Drive, Suite 125, Tyler, Texas, 75701, as additional counsel of record on his behalf. The above-named Defendant respectfully requests that Mr. Swink receive all notices, correspondence, and pleadings from the Court and all counsel of record.

Respectfully submitted,

**Arron P. Swink**
State Bar No. 24079428
arron@iglesiaslawfirm.com

**David Iglesias**
State Bar No. 24051733
david@iglesiaslawfirm.com
Lead Counsel

**Alexis Winter Smith**
State Bar No. 24131777
lexi@iglesiaslawfirm.com

Zachary T. Smith
State Bar No. 24140683
zachary@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANT**
**THE HONORABLE RON MASSINGILL**

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, a copy of the foregoing was served upon all counsel of record via the court's electronic filing system.

_____
**Arron P. Swink**