UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | |
|---|---|
| STEVE BIGGERS,  §<br>    Plaintiff,  §<br>  §<br>v.  §<br>  §<br>RON MASSINGILL,  §<br>    Defendant.  § | Civil Action No. 4:23-CV-0359-P |

## AMENDED CERTIFICATE OF CONFERENCE ON PLAINTIFF'S MOTION FOR LEAVE

I hereby certify that I have conferred with counsel for Defendant Ron Massingill by email concerning this Motion and the relief sought therein. Counsel for Defendant Massingill indicated via return email on December 3, 2025 that he was unopposed.

Respectfully submitted,
*/s/Warren V. Norred*
Warren V. Norred, TBN 24045094, warren@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street; Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
*Counsel for Plaintiff Steve Biggers*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I filed a true copy of the foregoing document via the Court's designated e-filing system which will send notice of the filing to all parties seeking service in this action.

*/s/Warren V Norred*
Warren V. Norred